**FILED: 8/9/12**
JS - 6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Melvin Darensbourg, et al.,*     Plaintiffs,     v.   *Wells Fargo Bank, N.A., et al.,*     Defendants. | CASE NO. CV 12-5986-GHK (PJWx)  JUDGMENT |

Pursuant to our August 9, 2012 Order, **IT IS HEREBY ADJUDGED** that Plaintiffs Melvin and Debra Darensbourg's (collectively, "Plaintiffs") claims against Defendants Wells Fargo Bank, N.A. and NDeX West, LLC are **DISMISSED with prejudice**. Plaintiffs shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: August 9, 2012

_____
GEORGE H. KING
United States District Judge